**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.** § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> **ACER INC.** § <br> *Defendant*. § <br> § | Civil Action No. 6:24-cv-536-OLG |

## [PROPOSED] ORDER GRANTING MOTION TO RELATE AND REASSIGN CASE

Before the Court is Plaintiff SVV Technology Innovations Inc.'s Unopposed Motion to Relate and Reassign Case. Having considered the relevant facts and submissions, the Court finds that this case is related to *SVV Technology Innovations Inc. v. Acer Inc.*, No. 6:24-cv-538-ADA currently pending before Judge Albright. The Court also notes that the Motion is not opposed. For the foregoing reasons, the Court finds that this case should be transferred to the docket of Judge Albright as related, and to alleviate duplication of effort and in the interest of judicial economy.

Accordingly, it is hereby ORDERED that the motion is GRANTED and that the above-captioned case shall be REASSIGNED to United States District Judge Alan D Albright of the Waco Division.

Signed on this _____ day of _____, 2024.

_____
ORLANDO L. GARCIA, UNITED STATES DISTRICT JUDGE