IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| SVV TECHNOLOGY INNOVATIONS INC., | § § § § |  |
|---|---|---|
| Plaintiff, | § § § | CASE NO. 6:24-cv-00536-ADA |
|  | § § | CASE NO. 6:24-cv-00538-ADA |
| v. | § § § | CASE NO. 6:24-cv-00539-ADA |
| ACER INC., | § § § |  |
| Defendant. | § § § |  |

## CLAIM CONSTRUCTION ORDER

The Court provided preliminary claim constructions on August 26, 2025 for terms in U.S. Patent Nos. RE49,630 (the "'RE630 Patent"), 10,962,197 (the "'197 Patent"), 11,156,340 (the "'340 Patent"), 11,821,621 (the "'621 Patent"), 11,616,157 (the "'157 Patent"), and 11,923,475 (the "'475 Patent"). The Court held a claim construction hearing on August 27, 2025, in which the Court heard argument. After careful consideration of the parties' briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below.

| # | Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|---|
| 1 | "light coupling elements" ('197 patent, claim 1; '340 patent, claims 2, 3; '621 patent, claims 3, 4) | Plain and ordinary meaning. Alternatively, "an optical structure designed to facilitate transfer of light between distinct optical components (e.g., from a light source such as LED to a waveguide)." | "a light transmitting structure separate from and optically coupled to the broad-area surface" | "an optical structure designed to facilitate transfer of light between distinct optical components (e.g., from a light source such as LED to a waveguide)." |

| 2 | "light coupling area" ('197 patent, claims 3, 4; '340 patent, claim 1; '621 patent, claims 1, 26) | "an area of the optically transmissive sheet that receives and conditions external light" | "the portion of the broad-area surface where light is input into the broad-area surface from the light coupling elements" | "an area of the optically transmissive sheet that receives and conditions external light" |
|---|---|---|---|---|
| 3 | "light extraction element" (RE630 patent, claims 17, 25) | Plain and ordinary meaning. Alternatively, "a characteristic, structure, or material that causes light to be directed out of a layer or waveguide." | This term should be construed under 35 U.S.C. § 112, ¶ 6.1 Function: receiving and redirecting light Structure: reflector 8 depicted in the figures and described in the specification | "a characteristic, structure, or material that causes light to be directed out of a layer or waveguide." |
| 4 | "light converting semiconductor material" ('157 patent, claims 1, 14; '475 patent, claims 1, 14) | Plain and ordinary meaning | "photovoltaic semiconductor that absorbs light and converts it into charge carriers and electric current" | Plain and ordinary meaning |

Further, the parties have reached agreement on the construction of certain claim terms listed in their Joint Claim Construction Statement. Dkt. No. 36 (-536 Case). The Court adopts the parties' agreed constructions for these claim terms.

**SIGNED** this 29th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE